**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**
**www.flsb.uscourts.gov**

In re:

FISCINA, CHARLES A

Debtor
_________________________________/

Case No. 21-21454-EPK
Chapter 7

**NOTICE OF DEPOSIT OF FUNDS WITH THE**
**U. S. BANKRUPTCY COURT CLERK**

Notice is hereby given that:

(X) The Trustee has a balance of $ 33,774.47 ____________ remaining in the trustee's account which represents unpresented checks drawn and mailed to entities pursuant to the final distribution under U.S.C. §§726, 1226 or 1326 in a case under chapter 7, 12 or 13. The trustee has made a good faith effort to verify the correct mailing addresses for said entities and deliver the funds before presenting this notice. More than sufficient time has passed for these checks to be presented for payment; or

( ) The trustee has a balance of $____________ remaining in the trustee's account which represents small dividends as defined by Bankruptcy Rule 3010; or

( ) The disbursing agent in a chapter 11 liquidating plan has $ __________ in funds unclaimed 120 calendar days after the final distribution under the plan. The disbursing agent has made a good faith effort to verify the correct mailing addresses for said entities and deliver the funds.

Attached and made a part of this notice is a list, pursuant to Bankruptcy Rule 3011, of the names, claim numbers and addresses of the claimants and the amount to which each is entitled.

Notice is given that the above stated sum has been deposited with the Clerk of the U.S. Bankruptcy Court, Southern District of Florida, to effect closing of this estate.

Dated: May 14, 2025

*/s/ Michael R. Bakst*

Michael R. Bakst, Trustee
P.O. Box 407
West Palm Beach, FL 33402
Telephone: (561) 838-4539
Facsimile: (561) 514-3423
Email: baksttrustee@gmlaw.com

**NAME:** **FISCINA, CHARLES A**

**CASE NO:** **21-21454-EPK**

| Claim No | Creditor | Amount of Claimed Allowed | Amount of Dividend |
|---|---|---|---|
| SURPLUS FUNDS | CHARLES A. FISCINA<br>4318 CRESTDALE ST.<br>PALM BEACH GARDENS, FL 33410 | $33,774.47 | $33,774.47 |
| | | Total: | $33,774.47 |

cc: Above listed creditor(s)