**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**
**www.flsb.uscourts.gov**

In re:

FISCINA, CHARLES A

Case No. 21-21454-EPK
(Chapter 7)

Debtor
_______________________________________/

**TRUSTEE'S NOTICE OF FINAL DIVIDENDS TO CREDITORS**

The Trustee herein files this Notice of Dividends to the creditors of this estate. Attached hereto is the Trustee's Final Dividend made to creditors

The dividend checks were mailed to creditors on January 2, 2025. If checks are not cashed within 90 days by the creditors all remaining funds will be turned over to the clerk of court for deposit into the U.S. Treasury pursuant to 11 U.S.C. §347(a) and Local Rule 3011.

*/s/ Michael R. Bakst*

**MICHAEL R. BAKST, TRUSTEE**
**P.O. Box 407**
**West Palm Beach, FL 33402**
**Telephone: (561) 838-4539**
**Email: baksttrustee@gmlaw.com**

# TRUSTEE'S FINAL DIVIDENDS

## Case: 21-21454 CHARLES A FISCINA

**Case Balance:** $0.00 **Total Proposed Payment:** $0.00 **Remaining Balance:** $0.00

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
| | Michael R. Bakst, Trustee | Admin Ch. 7 | 6,532.28 | 6,532.28 | 6,532.28 | 0.00 | 0.00 | 0.00 |
| | Michael R. Bakst, Trustee | Admin Ch. 7 | 15.78 | 15.78 | 15.78 | 0.00 | 0.00 | 0.00 |
| | GREENSPOON MARDER, LLP<br>FINAL FEE APP - ECF#38 | Admin Ch. 7 | 18,188.00 | 18,188.00 | 18,188.00 | 0.00 | 0.00 | 0.00 |
| | GREENSPOON MARDER, LLP<br>FINAL FEE APP - ECF#38 | Admin Ch. 7 | 10.97 | 10.97 | 10.97 | 0.00 | 0.00 | 0.00 |
| SURPLUS | CHARLES A FISCINA | Unsecured | 33,774.47 | 33,774.47 | 0.00 | 33,774.47 | 0.00 | 0.00 |
| 1 | Account Resolution Services | Unsecured | 1,792.00 | 1,792.00 | 1,792.00 | 0.00 | 0.00 | 0.00 |
| 1-I | Account Resolution Services | Unsecured | 11.92 | 11.92 | 11.92 | 0.00 | 0.00 | 0.00 |
| 2 | Focus Financial Services | Unsecured | 428.00 | 428.00 | 428.00 | 0.00 | 0.00 | 0.00 |
| 2-I | Focus Financial Services | Unsecured | 2.85 | 2.85 | 2.85 | 0.00 | 0.00 | 0.00 |
| 3 | Gunster Corporate Law Firm | Unsecured | 150.00 | 150.00 | 150.00 | 0.00 | 0.00 | 0.00 |
| 3-I | Gunster Corporate Law Firm | Unsecured | 1.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 |
| | **Total for Case 21-21454 :** | | **$60,907.27** | **$60,907.27** | **$27,132.80** | **$33,774.47** | **$0.00** | **$0.00** |

### CASE SUMMARY

| | Amount Filed | Amount Allowed | Paid to Date | Proposed Payment | % Paid |
|---|---|---|---|---|---|
| **Total Admin Ch. 7 Claims:** | $24,747.03 | $24,747.03 | $24,747.03 | $0.00 | 100.00000% |
| **Total Unsecured Claims:** | $36,160.24 | $36,160.24 | $2,385.77 | $0.00 | 6.59777% |