**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

| | | |
|---|---|---|
| In re: CHARLES A FISCINA | § | Case No. 21-21454-EPK |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

Michael R. Bakst, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $0.00 | Assets Exempt: | $200,302.45 |
| Total Distribution to Claimants: | $5,027.85 | Claims Discharged Without Payment: | $33,774.47 |
| Total Expenses of Administration: | $60,617.68 | | |

3) Total gross receipts of $100,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $34,354.47 (see **Exhibit 2**), yielded net receipts of $65,645.53 from liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | 179,701.32 | 2,642.08 | 2,642.08 | 2,642.08 |
| PRIORITY CLAIMS | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 60,617.68 | 60,617.68 | 60,617.68 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 2,370.00 | 2,385.77 | 2,385.77 | 2,385.77 |
| **TOTAL DISBURSEMENTS** | **$182,071.32** | **$65,645.53** | **$65,645.53** | **$65,645.53** |

4) This case was originally filed under Chapter 7 on 12/03/2021. The case was pending for 44 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 08/08/2025 By: /s/ Michael R. Bakst, Trustee

Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 - GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| PENDING PERSONAL INJURY LAWSUIT | 1142-000 | 100,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$100,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 - FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRANS. CODE | $ AMOUNT PAID |
|---|---|---|---|
| CHARLES A. FISCINA | PAY'T PER C.O. DATED 1-24-24--ECF#36 [ALLOWED EXEMPTIONS] | 8100-002 | 580.00 |
| CHARLES A FISCINA | Surplus funds; Replacing Check #1012; Stopped on 05/07/2025 | 8200-002 | 0.00 |
| CLERK OF THE U.S. BANKRUPTCY COURT | UNCLAIMED SURPLUS FUNDS - ACH PAY'T | 8200-002 | 33,774.47 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$34,354.47** |

## EXHIBIT 3 - SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | City of Palm Beach Gardens | 4110-000 | N/A | 0.00 | 0.00 | 0.00 |
| NOTFILED | Deutsche Bank National Trust Company | 4110-000 | N/A | 0.00 | 0.00 | 0.00 |
| NOTFILED | NewRez C/O PHH Mortgage | 4110-000 | 179,701.32 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Northstar Capital Acquisition | 4110-000 | N/A | 0.00 | 0.00 | 0.00 |
| | CLEVELAND CLINIC PATIENT PAYMENTS | 4210-000 | N/A | 22.87 | 22.87 | 22.87 |
| | MEDICARE | 4210-000 | N/A | 2,619.21 | 2,619.21 | 2,619.21 |
| **TOTAL SECURED CLAIMS** | | | **$179,701.32** | **$2,642.08** | **$2,642.08** | **$2,642.08** |

## EXHIBIT 4 - CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Michael R. Bakst, Trustee | 2100-000 | N/A | 6,532.28 | 6,532.28 | 6,532.28 |
| Michael R. Bakst, Trustee | 2200-000 | N/A | 15.78 | 15.78 | 15.78 |

| | | | | | |
|---|---|---|---|---|---|
| GORDON & PARTNERS, P.A. | 3210-000 | N/A | 33,333.33 | 33,333.33 | 33,333.33 |
| GORDON & PARTNERS, P.A. | 3220-000 | N/A | 1,731.39 | 1,731.39 | 1,731.39 |
| Flagstar Bank, N.A. | 2600-000 | N/A | 805.93 | 805.93 | 805.93 |
| GREENSPOON MARDER, LLP | 3110-000 | N/A | 18,188.00 | 18,188.00 | 18,188.00 |
| GREENSPOON MARDER, LLP | 3120-000 | N/A | 10.97 | 10.97 | 10.97 |
| **TOTAL CHAPTER 7 ADMIN. FEES and CHARGES** | | **N/A** | **$60,617.68** | **$60,617.68** | **$60,617.68** |

## EXHIBIT 5 - PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| | | None | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES and CHARGES** | | | | | |

## EXHIBIT 6 - PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | **N/A** | | | |

## EXHIBIT 7 - GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Account Resolution Services | 7100-000 | 1,792.00 | 1,792.00 | 1,792.00 | 1,792.00 |
| 1-I | Account Resolution Services | 7990-000 | N/A | 11.92 | 11.92 | 11.92 |
| 2 | Focus Financial Services | 7100-001 | 428.00 | 428.00 | 428.00 | 428.00 |
| 2-I | Focus Financial Services | 7990-001 | N/A | 2.85 | 2.85 | 2.85 |
| 3 | Gunster Corporate Law Firm | 7100-000 | 150.00 | 150.00 | 150.00 | 150.00 |
| 3-I | Gunster Corporate Law Firm | 7990-000 | N/A | 1.00 | 1.00 | 1.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | **$2,370.00** | **$2,385.77** | **$2,385.77** | **$2,385.77** |

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES



**Case Number:** 21-21454 EPK
**Case Name:** CHARLES A FISCINA

**Period Ending:** 08/08/25

**Trustee:** Michael R. Bakst, Trustee
**Filed (f) or Converted (c):** 12/03/21 (f)
**§341(a) Meeting Date:** 01/04/22
**Claims Bar Date:** 06/10/23

| Ref # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) Abandon | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | HOMESTEAD: 4318 CRESTDALE ST PALM BEACH GARDENS FL 33410 - Exempt | 198,851.00 | 0.00 | | 0.00 | FA |
| 2 | HOUSEHOLD GOODS & FURNISHINGS - Exempt | 370.00 | 0.00 | | 0.00 | FA |
| 3 | 1 COMPUTER-$50 - Exempt | 50.00 | 0.00 | | 0.00 | FA |
| 4 | OF NO VALUE BUT TO DEBTOR | 0.00 | 0.00 | | 0.00 | FA |
| 5 | CHECKING ACCOUNT: BANK OF AMERICA #9404 - Exempt | 451.45 | 0.00 | | 0.00 | FA |
| 6 | PENDING PERSONAL INJURY LAWSUIT - Exempt<br>PAY'T PER C.O. DATED 1-24-24--ECF#36<br>AMENDED SCHEDULES FILED 1-4-2022--ECF#10 | 580.00 | 50,000.00 | | 100,000.00 | FA |
| | **TOTALS** (Excluding Unknown Values) | **$200,302.45** | **$50,000.00** | | **$100,000.00** | **$0.00** |

**Major activities affecting case closing:**
CBD: 6/10/2023--ECF#30

TAX RETURN STATUS: NONE.

**Initial Projected Date of Final Report (TFR):** December 31, 2024

**Current Projected Date of Final Report (TFR):** October 11, 2024 (Actual)

# Form 2
# Cash Receipts and Disbursements Record

Exhibit 9



**Case Number:** 21-21454 EPK
**Case Name:** CHARLES A FISCINA
**Taxpayer ID#:** **-***8910
**Period Ending:** 08/08/25

**Trustee:** Michael R. Bakst, Trustee
**Bank Name:** Flagstar Bank, N.A.
**Account:** ******2967 - Checking
**Blanket Bond:** $48,818,000.00 (per case limit)
**Separate Bond:** N/A

| 1<br>Trans. Date | 2<br>Check or Ref. # | 3<br>Paid To / Received From | 4<br>Description of Transaction | | Uniform Tran. Code | 5<br>Receipts $ | 6<br>Disbursements $ | 7<br>Checking Account Balance |
|---|---|---|---|---|---|---|---|---|
| 02/09/24 | Asset #6 | Erie Insurance exchnage | PAY'T PER C.O. DATED 1-24-24--ECF#36 | | 1142-000 | 100,000.00 | | 100,000.00 |
| 02/20/24 | 1001 | GORDON & PARTNERS, P.A. | PAY'T PER C.O. DATED 1-24-24--ECF#36 [ATTY FEES $33,333.33; COSTS $1,731.39] | | | | 35,064.72 | 64,935.28 |
| 02/20/24 | | GORDON & PARTNERS, P.A. | ATTY FEES | 33,333.33 | 3210-000 | | | 64,935.28 |
| 02/20/24 | | GORDON & PARTNERS, P.A. | ATTY COSTS | 1,731.39 | 3220-000 | | | 64,935.28 |
| 02/20/24 | 1002 | MEDICARE | PAY'T PER C.O. DATED 1-24-24--ECF#36 [MEDICARE ID: 5RE3AF4FG17] | | 4210-000 | | 2,619.21 | 62,316.07 |
| 02/20/24 | 1003 | CLEVELAND CLINIC PATIENT PAYMENTS | PAY'T PER C.O. DATED 1-24-24--ECF#36 [ACCT #: E14043743896] | | 4210-000 | | 22.87 | 62,293.20 |
| 02/20/24 | 1004 | CHARLES A. FISCINA | PAY'T PER C.O. DATED 1-24-24--ECF#36 [ALLOWED EXEMPTIONS] | | 8100-002 | | 580.00 | 61,713.20 |
| 02/29/24 | | Flagstar Bank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 107.93 | 61,605.27 |
| 03/29/24 | | Flagstar Bank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 100.76 | 61,504.51 |
| 04/30/24 | | Flagstar Bank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 99.94 | 61,404.57 |
| 05/31/24 | | Flagstar Bank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 99.78 | 61,304.79 |
| 06/28/24 | | Flagstar Bank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 99.62 | 61,205.17 |
| 07/31/24 | | Flagstar Bank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 99.46 | 61,105.71 |
| 08/30/24 | | Flagstar Bank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 99.30 | 61,006.41 |

# Form 2
# Cash Receipts and Disbursements Record

Exhibit 9

Page: 2

**Case Number:** 21-21454 EPK
**Case Name:** CHARLES A FISCINA
**Taxpayer ID#:** **-***8910
**Period Ending:** 08/08/25

**Trustee:** Michael R. Bakst, Trustee
**Bank Name:** Flagstar Bank, N.A.
**Account:** ******2967 - Checking
**Blanket Bond:** $48,818,000.00 (per case limit)
**Separate Bond:** N/A

| 1<br>Trans. Date | 2<br>Check or Ref. # | 3<br>Paid To / Received From | 4<br>Description of Transaction | | Uniform Tran. Code | 5<br>Receipts $ | 6<br>Disbursements $ | 7<br>Checking Account Balance |
|---|---|---|---|---|---|---|---|---|
| 09/30/24 | | Flagstar Bank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 99.14 | 60,907.27 |
| 01/02/25 | 1005 | Michael R. Bakst, Trustee | Dividend of 100.000% | | 2100-000 | | 6,532.28 | 54,374.99 |
| 01/02/25 | 1006 | Michael R. Bakst, Trustee | Dividend of 100.000% | | 2200-000 | | 15.78 | 54,359.21 |
| 01/02/25 | 1007 | GREENSPOON MARDER, LLP | Dividend of 100.000% | | 3110-000 | | 18,188.00 | 36,171.21 |
| 01/02/25 | 1008 | GREENSPOON MARDER, LLP | Dividend of 100.000% | | 3120-000 | | 10.97 | 36,160.24 |
| 01/02/25 | 1009 | Account Resolution Services | Dividend of 100.000%, Claim #1: $1,792.00, Interest: $11.92 | | | | 1,803.92 | 34,356.32 |
| 01/02/25 | | Account Resolution Services | Dividend of 100.000%, Claim #1, $1,792.00 | 1,792.00 | 7100-000 | | | 34,356.32 |
| 01/02/25 | | Account Resolution Services | Dividend of 100.000%, Claim #1-I, $11.92 | 11.92 | 7990-000 | | | 34,356.32 |
| 01/02/25 | 1010 | Focus Financial Services | Dividend of 100.000%, Claim #2: $428.00, Interest: $2.85; Stopped on 04/02/2025 | | | | 430.85 | 33,925.47 |
| 01/02/25 | 1010 | Focus Financial Services | Dividend of 100.000%, Claim #2, $428.00 | 428.00 | 7100-000 | | | 33,925.47 |
| 01/02/25 | 1010 | Focus Financial Services | Dividend of 100.000%, Claim #2-I, $2.85 | 2.85 | 7990-000 | | | 33,925.47 |
| 01/02/25 | 1011 | Gunster Corporate Law Firm | Dividend of 100.000%, Claim #3: $150.00, Interest: $1.00 | | | | 151.00 | 33,774.47 |

# Form 2
## Cash Receipts and Disbursements Record

**Case Number:** 21-21454 EPK
**Case Name:** CHARLES A FISCINA
**Taxpayer ID#:** **-***8910
**Period Ending:** 08/08/25

**Trustee:** Michael R. Bakst, Trustee
**Bank Name:** Flagstar Bank, N.A.
**Account:** ******2967 - Checking
**Blanket Bond:** $48,818,000.00 (per case limit)
**Separate Bond:** N/A

| 1<br>Trans. Date | 2<br>Check or Ref. # | 3<br>Paid To / Received From | 4<br>Description of Transaction | Uniform Tran. Code | 5<br>Receipts $ | 6<br>Disbursements $ | 7<br>Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 01/02/25 | | Gunster Corporate Law Firm | Dividend of 100.000%, Claim #3, $150.00 — 150.00 | 7100-000 | | | 33,774.47 |
| 01/02/25 | | Gunster Corporate Law Firm | Dividend of 100.000%, Claim #3-I, $1.00 — 1.00 | 7990-000 | | | 33,774.47 |
| 01/02/25 | 1012 | CHARLES A FISCINA | Surplus to Debtor; Stopped on 04/02/2025 | 8200-002 | | 33,774.47 | 0.00 |
| 04/02/25 | 1010 | Focus Financial Services | Dividend of 100.000%, Claim #2: $428.00, Interest: $2.85; Stopped: Check issued on 01/02/2025 | | | -430.85 | 430.85 |
| 04/02/25 | 1010 | Focus Financial Services | Dividend of 100.000%, Claim #2-I, $2.85 — -2.85 | 7990-000 | | | 430.85 |
| 04/02/25 | 1010 | Focus Financial Services | Dividend of 100.000%, Claim #2, $428.00 — -428.00 | 7100-000 | | | 430.85 |
| 04/02/25 | 1012 | CHARLES A FISCINA | Surplus to Debtor; Stopped: Check issued on 01/02/2025 | 8200-002 | | -33,774.47 | 34,205.32 |
| 04/07/25 | 1013 | CHARLES A FISCINA | Surplus funds; Replacing Check #1012; Stopped on 05/07/2025 | 8200-002 | | 33,774.47 | 430.85 |
| 04/25/25 | 1014 | U.S. BANKRUPTCY COURT | UNCLAIMED FUNDS POC#2 Dividend of 100.000%, $428.00, Interest: $2.85; | | | 430.85 | 0.00 |
| 04/25/25 | | U.S. BANKRUPTCY COURT | UNCLAIMED FUNDS POC#2 Dividend of 100.000%, $428.00, Interest: $2.85; — 428.00 | 7100-001 | | | 0.00 |

Exhibit 9

## Form 2
## Cash Receipts and Disbursements Record



| | | | |
|---|---|---|---|
| **Case Number:** | 21-21454 EPK | **Trustee:** | Michael R. Bakst, Trustee |
| **Case Name:** | CHARLES A FISCINA | **Bank Name:** | Flagstar Bank, N.A. |
| | | **Account:** | ******2967 - Checking |
| **Taxpayer ID#:** | **-***8910 | **Blanket Bond:** | $48,818,000.00 (per case limit) |
| **Period Ending:** | 08/08/25 | **Separate Bond:** | N/A |

| 1<br>Trans. Date | 2<br>Check or Ref. # | 3<br>Paid To / Received From | 4<br>Description of Transaction | Uniform Tran. Code | 5<br>Receipts $ | 6<br>Disbursements $ | 7<br>Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 04/25/25 | | U.S. BANKRUPTCY COURT | UNCLAIMED FUNDS POC#2 2.85<br>Dividend of 100.000%,<br>$428.00, Interest: $2.85; | 7100-001 | | | 0.00 |
| 05/07/25 | 1013 | CHARLES A FISCINA | Surplus funds; Replacing Check #1012; Stopped: Check issued on 04/07/2025 | 8200-002 | | -33,774.47 | 33,774.47 |
| 05/14/25 | 1015 | CLERK OF THE U.S. BANKRUPTCY COURT | UNCLAIMED SURPLUS FUNDS - ACH PAY'T | 8200-002 | | 33,774.47 | 0.00 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | **100,000.00** | **100,000.00** | **$0.00** |
| Less: Bank Transfers | 0.00 | 0.00 | |
| **Subtotal** | **100,000.00** | **100,000.00** | |
| Less: Payment to Debtors | | 34,354.47 | |
| **NET Receipts / Disbursements** | **$100,000.00** | **$65,645.53** | |

| | |
|---|---|
| Net Receipts: | $100,000.00 |
| Less Payments to Debtor: | 34,354.47 |
| Net Estate: | $65,645.53 |

| **TOTAL - ALL ACCOUNTS** | **Net Receipts** | **Net Disbursements** | **Account Balances** |
|---|---|---|---|
| **Checking # ******2967** | **100,000.00** | **65,645.53** | **0.00** |
| | **$100,000.00** | **$65,645.53** | **$0.00** |